IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

DEREK LICHTENWALTER,

        Petitioner, : Case No. 2:25-cv-553

  - vs -                             District Judge Edmund A. Sargus, Jr.
                                        Magistrate Judge Michael R. Merz
UNNAMED RESPONDENT,

                                          :

        Respondent.

## DECISION AND ORDER

This habeas corpus case, brought *pro se* by Petitioner Derek Lichtenwalter, is before the Court on Petitioner's Motion to Dismiss (ECF No. 13). Petitioner seeks a dismissal without prejudice to his re-filing his claims under 42 U.S.C. § 1983.

In both a Report and Recommendations (ECF No. 4) and a Supplemental Report and Recommendations (ECF No. 10), the undersigned recommended precisely that result. However, Petitioner objected to both Reports (ECF No. 8 & 11).

Because District Judge Sargus has not yet ruled on the objections and Petitioner now seeks the same result, the Report and the Supplemental Report are WITHDRAWN.

Under Fed.R.Civ.P. 41(a)(2), a dismissal that does not show the consent of the opposing party can be made only on court order on "terms the court considers proper." Since Petitioner now seeks the result the Magistrate Judge recommended, IT IS HEREBY ORDERED that this case be dismissed without prejudice to Petitioner's re-filing his claims regarding his conditions of confinement in an action under 42 U.S.C. § 1983 in this Court. This Order does not implicitly rule

1

that any such action would be within the statute of limitations for such actions.

The Clerk shall enter judgment accordingly.

November 18, 2025.

s/ *Michael R. Merz*
United States Magistrate Judge
